UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13015-NMG

|  |  |
|---|---|
| IQUARTIC, INC., | ) |
|     Plaintiff, | ) |
| v. | ) |
| W. BARRETT SIMMS, | ) |
|     Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff iQuartic, Inc. and Defendant W. Barrett Simms hereby stipulate and agree that all claims asserted by Plaintiff in the above-captioned action against Defendant shall be dismissed with prejudice and without costs, and with the parties bearing their attorney's fees, with all rights of appeal waived.

| | |
|---|---|
| Plaintiff,<br>iQUARTIC, INC. | Defendant,<br>W. BARRETT SIMMS, |
| By its attorneys: | By his attorneys, |
| *//s// William S. Rogers, Jr.*<br>William S. Rogers, Jr. (BBO# 549487)<br>wsrogers@princelobel.com<br>Julie A. Brennan (BBO# 676497)<br>jbrennan@princelobel.com<br>**PRINCE LOBEL TYE LLP**<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>Tel: (617) 456-8112<br>Fax: (617) 456-8100 | */s/ Jonathan Braverman*<br>Jonathan Braverman (BBO#054740)<br>jonathanb@bbb-lawfirm.com<br>Susan M. Molinari (BBO#644693)<br>susanm@bbb-lawfirm.com<br>**BAKER, BRAVERMAN &**<br>**BARBADORO, P.C.**<br>300 Crown Colony Drive, Suite 500<br>Quincy, MA  02169<br>Tel:  (781) 848-9610<br>Fax: (781) 848-9790 |

Dated:  October 14, 2015

1

2278997.1

## CERTIFICATE OF SERVICE

I, William S. Rogers, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

*//s// William S. Rogers, Jr.*
William S. Rogers, Jr.

2278997.1